# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1367

———————————————

TENECA HINES,

    Appellant,

    v.

DEBORAH GILL,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Kerra Smith, Judge.

March 18, 2026

PER CURIAM.

Because Appellant failed to comply with this Court's Order dated January 29, 2026, and present an adequate record for review, we must affirm. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1052 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").

    AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

————————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————————

Teneca Hines, pro se, Appellant.

Deborah Gill, pro se, Appellee.